IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **COMMUNITY SURGICAL SUPPLY OF TOMS RIVER, INC., et al.,** | Case No.:  11-cv-1563 |
| Plaintiff, | |
| v. | JUDGE DAVID D. DOWD, JR. |
| **MEDLINE DIAMED, LLC, et al.,** | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | |

Now come the Plaintiffs by and through their undersigned counsel, and hereby voluntarily dismiss this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

                                        Respectfully submitted,

                                        /s  Colin R. Jennings
                                        Colin R. Jennings(0068704)
                                        Squire, Sanders & Dempsey (US) LLP
                                        4900 Key Tower
                                        127 Public Square
                                        Cleveland, Ohio  44114
                                        216.479.8420
                                        colin.jennings@ssd.com

                                        B. John Pendleton, Jr.
                                        DLA Piper LLP (US)
                                        300 Campus Drive, Suite 100
                                        Florham Park, New Jersey 07932
                                        973.520.2561
                                        john.pendleton@dlapiper.com

                                        *Attorneys for Plaintiffs*

Dated:  August 1, 2011

## CERTIFICATE OF SERVICE

    A copy of the foregoing Notice was filed electronically this 1st day of August, 2011. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                  /s/ Colin R. Jennings
                                  Colin R. Jennings